

**FILED**

JAN 1 0 2018

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF OHIO

EASTERN DIVISION

Susan Lloyd

9275 Dorothy Drive

Streetsboro, OH 44241

    Plaintiff

Vs

 City of Streetsboro

9184 State Rte 43

Streetsboro, OH 44241


Jeff Allen (in his Official and individual capacities)

9184 State Rte 43

Streetsboro, OH 44241


Melissa Procop ( in her Official and individual capacities)

9184 State Rte 43

Streetsboro, OH 44241


Mayor Glenn Broska ( in his Official and individual capacities)

9184 State Rte 43

Streetsboro, OH 44241


Streetsboro Fire Department

9184 State Rte 43

Streetsboro, OH 44241

CASE NO **5**:18 CV 73

JUDGE JUDGE ADAMS

MAG. JUDGE LIMBERT

COMPLAINT WITH JURY DEMAND

Robert Reinholz ( in his Official and Individual capacities)

9184 State Rte 43

Streetsboro, OH 44241

Kevin Grimm ( in his Official and Individual Capacities)

9184 State Rte 43

Streetsboro, OH 44241

Chris Fredmonsky ( in his Official and Individual Capacities)

9184 State Rte 43

Streetsboro, OH 44241

Brian Novotny ( in his Official and Individual Capacities)

9184 State Rte 43

Streetsboro, OH 44241

Streetsboro Police Department

2080 State Rte 303

Streetsboro, OH 44241

Darin Powers ( in his individual and official Capacities)

2080 State Rte 303

Streetsboro, OH 44241

Patricia Wain ( in her Individual and Official Capacities)

2080 State Rte 303

Streetsboro, OH 44241

Sergeant Andrew Suvada ( in his Individual and Official Capacities)

2080 State Rte 303

Streetsboro, OH 44241


Sergeant John Hurley ( in his Individual and Official Capacities)

2080 State Rte 43  303

Streetsboro, OH 44241


Officer Joe Smolic (in his Individual and Official Capacities)

2080 State Rte 43  303

Streetsboro, OH 44241


Officer Jason Sackett ( in his Individual and Official Capacities)

2080 State Rte 43  303

Streetsboro, OH 44241


Officer Jason Hall ( in his Individual and Official Capacities)

2080 State Rte 43  303

Streetsboro, OH 44241


Officer Michael Cipriano ( in his Individual and Official Capacities)

2080 State Rte 43  303

Streetsboro, OH 44241

Officer Ryan Wolf ( in his Individual and Official Capacities)

2080 State Rte 43 30 7

Streetsboro, OH 44241


Officer Aaron Coates ( in his individual and Official Capacities)

2080 State Rte 43 30 7

Streetsboro, OH 44241


Dispatcher Hayley Otto ( in her Individual and Official Capacities)

2080 State Rte 43 30 3

Streetsboro, OH 44241


Portage County Prosecutor

241 S Chestnut St

Ravenna, OH 44266


Thomas Buchanan ( in his Individual and Official Capacities)

241 S Chestnut St

Ravenna, OH 44266


Victor Vigluicci ( in his Individual and Official Capacities)

241 S Chestnut St

Ravenna, OH 44266

John Doe

Jane Doe

In their official and individual capacities

Defendants

## NATURE OF THE ACTION

1.  This is a civil rights action brought by Susan Lloyd, Plaintiff, for civil rights violations of Title 42 US code 1983, 42 US code 1985,  and First, Fifth, Eighth, Ninth, and Fourteenth Amendment Violations of the US Constitution and Disability Discrimination in violation of Americans with Disabilities Act and Section 504 of the Rehabilitation Act.  The defendants are personally liable for the damages Plaintiff suffered as a result of their unconstitutional and discriminatory acts.

### PARTIES

2.  Plaintiff, Susan Lloyd, is a disabled resident of  Portage County, Ohio

3. Defendant, City of Streetsboro, is a duly incorporated municipality in Ohio under a charter form of local government.

4.  Defendant, Jeff Allen, is a private citizen acting individually and as a duly elected member of CIty Council.

5. Defendant, Melissa Procop , is a private citizen acting individually and as a hired employee of City of Streetsboro

6.  Defendant, Glennn Broska, is a private citizen acting individually and as an elected mayor of City of Streetsboro

7. Defendant,  Streetsboro Fire Department, is a Fire Department in Streetsboro, Ohio

8.  Defendant,Robert Reinholz is a private citizen acting individually and as Fire Chief of City of Streetsboro.

9.  Defendant, Kevin Grimm, is a private citizen acting individually and as a hired employee of City of Streetsboro

10.  Defendant, Chris Fredmonsky. Is a private citizen acting individually and as a hired employee of City of Streetsboro

11.  Defendant, Brian Novotny, is a private citizen acting individually and as a hired employee of City of Streetsboro

12. Defendant, Streetsboro Police Department, is a police department located in Streetsboro, Oh

13.  Defendant, Darin Powers, is a private citizen acting individually and as a Police Chief of City of Streetsboro

14.  Defendant, Patricia Wain, is a private citizen acting individually and as a employee of City of Streetsboro and its Police Department

15. Defendant, Andrew Suvada, is a private citizen acting individually and a sergeant employeed by City of Streetsboro and its police department

16.  Defendant, John Hurley,  is a private citizen acting individually and a sergeant employeed by City of Streetsboro and its police department

17. Defendant, Joe Smolic, is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

18.  Defendant, Jason Sackett, is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

19. Defendant, Jason Hall, is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

20.  Defendant, Michael Cipriano,  is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

21.  Defendant, Ryan Wolf, is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

22.  Defendant, Aaron Coates is a private citizen acting individually and an officer employed by City of Streetsboro and its Police Department.

23.  Defendant, Hayley Otto, is a private citizen acting individually and a dispatcher employed by City of Streetsboro and its Police Department

23.  Defendant, Portage County Prosecutors is a Prosecutor located in Ravenna that services portage County, Ohio

24. Defendant, Thomas Buchanan, is a private citizen and a Prosecutor for Portage County, Ohio

25.  Defendant, Victor Vigluicci, is a private citizen and a Prosecuting Attorney for Portage County, Ohio.

26.  Defendants, John and Jane Doe are private citizens and employees of City of Streetsboro and Fire Deptartment or Police Department or Prosecutor Departments.

JURISDICTION AND VENUE

27. The venue is proper in this court under 28 USC 1391 because the events giving rise to Plaintiffs

claims took place within the jurisdiction of the US District Court for the Northern District of Ohio

FACTUAL BACKGROUND

28. On January 26 2016, Plaintiff purchased a house at 9275 Dorothy Drive Streetsboro, OH 44241.

29. On January 27, 2016, Plaintiffs direct neighbor, Joshua Thornsbery, along with his dogs, at least one

of which is part Pit Bull began to trespass onto Plaintiffs property.  The loose dogs also began to chase

Plaintiff and Plaintiffs 2 shih tzu service dogs.  These dogs dirtied all over Plaintiffs yard and terrorized

Plaintiff until Plaintiff spent 7000.00 and installed a fence due to Thornsberys behaviors.  In fact, Plaintiff

was approved for this fence during a variance meeting as a direct result of Thornsbery and his friends

behaviors. Plaintiff has picked up over 200 piles of Thornsberys dog waste.  Thornsbery loose dogs

continue to run loose on the road as of the filing of this lawsuit.  Thornsbery has been saying since

February 2016 he is building a fence to contain his dogs but as of the filing of this lawsuit that has not

occurred.  He continues and Defendants all except Fire Department allow him to continue to allow his

loose dogs to run loose, at least one of which is part Pit Bull. Thornsbery at times, has not had a dog

license either as required by law.  Even after notice by Plaintiff, all Defendants except Fire Department

has allowed this to occur since January 27, 2016 even after seeing pics of these loose dogs, videos of the

loose dogs, Thornsbery admitting on Facebook his loose dogs dirty in Plaintiffs yard and Thornsbery

admits on Facebook his dogs do not have tags and they have terrorized Plaintiff.  Thornsbery has also

admitted on body camera footage his loose dogs have dirtied in Plaintiffs yard.   Defendants still refuses

to do anything in regards to this behavior which directly violate City of Streetsboro and Ohio laws for

dogs at Large.  Plaintiff contacted dog warden on February 1, 2016, February 11, 2016 and May 31, 2016.

Thornsbery was forced to get dog tags on February 11, 2016.  All 3 times Thornsbery was informed of

leash laws and yet still allowed his dogs to run loose and refuses to build a fence to contain his dogs and

all the above Defendants except Fire Department have allowed this to continue to occur.  Facebook

posts and Police reports where Thornsbery  talks about building a fence to contain his dogs includes but

not limited to:

A. oh The fence is already in the planning process. February 12, 2016

B.  Im good with what i got besides I have trees to take down, a fence to put up and a garage to tear

apart and have done.  Big plans.  Woot woot.  February 13 2016

C.  Well the 4 big trees are coming down at the end of the month.  Then the fence goes up sometime in

March.  All help is welcome.

D.  Joshua tells police he is digging out the stumps that were partway on my property to build his fence.

If you have to cut down someone elses trees and dig out stumps on thier property to build a fence

should that not tell you that you are on the wrong property.  April 15 2016

E.  At my variance meeting with the city, Thornsbery is the only neighbor out of 25 who received notices

who showed up.  He asked the city if he can build his fence 18 inches onto my property and he asked the

city if he can tie into my fence.  After the city told him they nor anybody else could give him permission

to build his fence 18 inches onto my prooerty, he asked the city if he can use my permit or does he have

to get his own for his fence.  I was approved for my fence variance because of joshua and his friends

ongoing behavior being not only abusive but also their behavior affecting ny health.  This was in April

2016.  All defendants have continued to allow Thornsbery and his friends, workers, etc to harm Plaintiff

knowing injury is occuring to Plaintiff as a result.

30. In early March 2016, Mr Thornsbery had C and N Forestry trespass onto Plaintiffs property and cut down 2 of her trees valued at 4000.00 by arborist. Plaintiff has a video of her going back with a survey in her hand and Mr Thornsbery will not come over. He tells Plaintiff to go fuck herself. Plaintiff attempted multiple times to tell Thornsbery and his friends and C and N forestry they were on her property. They refused to listen. Destruction of timber is a serious offense in the state of Ohio. Plaintiff has video of Thornsbery friend flipping her off while Connor Zanoskar from C and N Forestry is laughing when Plaintiff tried to get them to stay off her property and quit cutting down her trees. On latter body camera footage, officer Hurley can be clearly heard on body camera footage that if he was cutting down trees he would also damage Plaintiffs property. Destruction of timber ORC 901.51 is a serious misdemeanor offense in the State of Ohio. All Defendants except Fire Department allowed Thornsbery to trespass and cut down Plaintiffs trees even after Plaintiff advised them Thornsbery and his friends were on her property. Thornsbery did not have a survey completed prior, he called the police on me for in his words harassing him for asking his friends to stay off my property, and the Defendants allowed him to cut down Plaintiffs trees even after Plaintiff told them she has a survey and showed them the survey. They also the same day allowed Joshuas friends to enter her property and smoke and blow smoke onto Plaintiffs property knowing it was causing Plaintiff health issues. All defendants except Fire Department allowed this to occur after visually seeing Thornsbery and his friends causing over 4000.00 in actual damages to Plaintiffs property. With treble damages awarded in violation of ORC 901.51, Plaintiffs damages for this criminal act alone well exceed 12,000.00.

31. On latter body camera, Plaintiff tells the officers she has video of Joshua cutting down more trees a few months later which fell into Plaintiffs property damaging fencing in back of Plaintiffs property. Plaintiff even told the officer it is clear on the video Joshua is laughing about damaging more of Plaintiffs property. This is after case 2016 cv 00230 has been filed against Joshua and C and N forestry. He again cut down more trees which damaged Plaintiffs property after already being sued in court for previous

damage. All defendants except Fire Department allowed this to occur. Plaintiffs damages for this incident well exceed 500.00.

The video Plaintiff possesses clearly hear a chain saw, his friend says we are on her property, Joshua laughs and says oh well. The tree clearly falls onto Plaintiffs property. This was in approximately June 2016. The survey flags are clearly in place and yet all defendants except Fire Department allow more damage to Plaintiffs property.

32. Approximately May 2017, Plaintiff sent a deposition transcript of her physician Richard Banozic to all Defendants showing the injury being caused to Plaintiff by Thornsbery and his friends. This transcript was sent to both Chief Powers and Fire Chief Reinholz. Plaintiff sent an entire package full of Facebook posts, videos, pictures, etc. No response was ever given to Plaintiff by any Defendant

33. In August 2016, Plaintiff discovered that Thornsbery and over 300 of his friends including but not limited to city employees and elected officials including Jeff Allen began to harass, defame, threaten and write many other vulgar, vile, sexual and threats in regards to Plaintiff and her property on Social media including but not limited to Facebook. All of these posts have been authenticated by either being turned over in discovery and already submitted into evidence during case 2017 CV00390

There is also a lot of drug talk among Thornsbery and his friends. They brag about illegal drug use, getting high, seeing things that do not exist, they have criminal records and criminal police reports, own guns and then threaten Plaintiff and her property all of which has been ignored by all of the above Defendants, some of who participated in this ongoing malicious behavior towards Plaintiff. There is also a lot of talk about the same group of people harassing others

34. Included but not limited are the following comments made in regards to Plaintiff which have caused Plaintiff.to fear for her safety to the point Plaintiffs house is for sale and Plaintiff is currently making

plans to abandon her property and leave it empty until it sells as all Defendants have ignored behavior

which not only is directly causing Plaintiff injury such as illegal fires but also force Plaintiff to feel unsafe

in her own house.  These actions are being maliciously done by Thornsbery and his friends.  The only

one who ever spoke or met Plaintiff is Thornsbery who had 2 conversations total with Plaintiff.  One on

January 28 2016 where Plaintiff politely asked Thornsbery to keep his dogs off of her property and the

second on approximately March 6 2016 when Plaintiff politely asked Thornsbery and his friends to stay

off her property, to quit blowing cigarette smoke onto her property and to quit cutting down her trees.

Both times, Plaintiff was met with extreme hostility and threats.

Including but not limited, some of the posts which talk about damaging Plaintiffs property and

threatening her include but are not limited to the following:

Joshua Thornsbery.  Well i am not one to rant or complain on here.  But MOTHER FUCKING CUNT.  The

house next to mine has been a foreclosure since I moved in two years ago.  Suddenly someone moved in

the middle of the week last week.  Now with that being said not knowing anyone was there i let my dogs

out one on a run and the other loose because she listens and doesnt run off.  Now the loose one

happens to go into the CUNTS yard and happens to shit.  I was standing their watching and I hear a voice

" excuse me is that your dog".  I was shocked to see someone there and answered back.  Yes it is.  She

then proceeded to say "can you keep your dog out of my yard.  Real nasty and bitchy.  Now i have never

met her.  Nor has she said hi or anything.  I have no problem keeping my dogs in my yard.  But to come at

me with an attitude and to have that be your first impression of meeting your new neighbor you would

think you want to be a little nicer.  Now everyday she sits at her kitchen table looking out the sliding

glass door watching me to make sure I am keeping my dogs in my yard which I am get home this

morning to a notice from the dog warden that i have dogs that Are not tagged.  Which i have lived in the

boro my entire life and never had dog tags but always had a dog.  And that i have roaming dogs.  Now

this notice was yesterday 1130 am which me and the dogs were in bed sleeping so i call this morn to.find out whats going on and i get that my FUCKING CUNT of a neighbor has called NUMEROUS times with complaints that my dogs are running loose and onto her property shitting. The FUCKING CUNT is not only lying but calling multiple times when it happened only once. I even went on to say please come out to check for prints in the snow from my yard. THERE IS NONE. Boy this FUCKING CUNT is in for a rude awakening. She has NO CLUE the can of worms she has opened or who she has PISSED the FUCK OFF!!## IM FUCKING LIVID AND I MIGHT CHOKE A BITCH ( February 12, 2016). This post shows alot of things. Josh admits his loose dogs come onto my property to dirty. Josh admits to never having dog tags. Josh admits he watches me as I sit inside of my own house. Plaintiff has plenty of videos and pictures of not only Thornsberys loose dog but also of footprints in the snow that lead from Joshs house directly to Plaintiffs property especially by the shed area. Joshua in this post threatened to choke Plaintiff to death. This all happened approximately 2 weeks after Plaintiff purchased her property. Thornsbery admits to violating multiple laws, all of which all Defendants except Fire Department were aware of and all of which Defendants still allow Thornsbery to do as of the filing of this lawsuit.

B.   William Taylor states he will stalk Plaintiff a few times a day

C. Matthew Alston states to go from back side of camera and disable it somehow. Hammers seem to work well.

D. Eric Siwierka. This chick needs to get laid real bad or stoned out of her mind. March 8, 2016

E. Brody Singleton Burn out competition at Joshs house and after bring leaves and shrubs to burn in the yard and please bring fumed up Diesel pickups. March 8 2016

F. Tony McMurdo. She has no clue what shes started and how bad she will regret this hahaha March 8 2016

G.  Frank Chlad.  Thats some funny shit  y have a party so we can smoke and have a fog machine going and a fire that smokes and maybe a few good burnouts in the driveway. March 8 2016

H.   David Trussell.  I sorta mighta did a burn out today.  March 8 2016

I.  David Trussell.  Im glad she was able to enjoy my CIG AS MUCH AS i. March 9 2016

J.  Smith Andy Wesson.  Wow im glad I straightened out my neighbor.  He wont even look at me anymore.  March 9 2016

K. John Riley.  Stand by the fence and jerk off.  May 20 2016

L.  Marty Kendzior.  Put a bird feeder by it.  The birds will sit on the camera and shit on it. May 20 2016

M.  Jason Ortman.  Too bad she didnt smack her thumb with the hammer in regards to Joshua posting my no smoking oxygen in use sign that I placed on my fence.  May 21 2016

N. Sandi Round Szabo.  Jason we gotta go over there and stir things up.  May 21 2016

O.  Jason Ortman.  Josh has plenty of wood and brush to burn. Lmao.  Shes not gonna be happy. May 21 2016

P.  John Riley.  You should have cross body checked her into the boards. May 21 2016

Q.  Joshua Thornsbery.  Posts pic of my no smoking sign.  And this was up as well.  Notice the top.  No smoking.  Showing he is fully aware that smoke causes me injury.  This is exactly where he has illegal fires and is exactly where his friends smoke even if I am outside wearing oxygen.  May 21 2016

R.  Shelley Renee. When you hate your neighbor and want them to move.  She would have a heart attack.  Lol. July 7 2016

S. Apryle Davis. There are ways to foil a standard home security system without touching her property.
March 6 2016

T. Sue Page Silagy. When we lived in the apartment every time wed get a new neighbor Joe would start
cleaning his gun collection outside. Funny how we rarely had any problems with our neighbors. May 6
2016

U. Sarah Lance. I dont think my neighbors like me because we are loud and party too much. May 6
2016

V. Mike Szabo. Got a friend or 50 bucks wont have a neighbor in italian voice. May 6 2016

W. Jennifer Tesmer. We have the problem our neighbors and Micah Poston and Trevor Tesmer have
shown their junk on occasions.

X. Mike Szabo. This means I can stop knocking her fence down at night painted black so she cant see
me. September 21 2016

Y. Jason Ortman. Tells Josh to rev motorcycles to upset me. They do this all day and all night. Plaintiff
has videos as late as 330 am with loud music and motorcycle noise. April 17 2016

Z. Joshua Thornsbery. In reply to Gruber Racing admits his dogs are terrorizing me. February 18 2016

AA. Jason Ortman. Tells Joshua he will mail me a bag of dicks. August 21 2016

BB. Joshua Thornsbery. Posts pictures of himself passed out in public from being high and drunk.
September 4 2016

CC. Graig Lindgren. Leave a copy of this in your backyard. Oj simpson If I did It. May 28 2016

DD. Willaim Taylor. Want me to come over and show her my butt crack. May 28 2106

EE  Marty Kendzior.  You need someone from out of state to help you.  May 22 2016

FF.  Shelley Renee.  Turn her into ss.  May 22 2016

GG.  Daniel Bennett.  Just go over take.one for the team and lay some pipe.  Sounds like she needs laid.
Lol.  May 22 2016

HH.  Jeremy Stump  DiGiammarino.  We all go to joshs house and stand shoulder to shoulder along the
fence and smoke haha

II  Karl Butterworth.  A few shots from a air soft pistol.  May 21 2016

JJ. Kim Grubbs.  Omg she is one sick person.  She needs a good fuckin thats for damn sure.  May 21 2016

KK. Joshua posted pics and video of me online trimming bricks. May 21 2016

LL. Jeremy Stump Giammarino.  Please please  please put an electric fence in over there to keep the
cattle contained.  I will donate as much time and help as you need man.  May 21 2016

MM. .  Frank Chlad.  Smoking party.  Lets burn some wet leaves.  May 21 2016

NN.  Richard Shaw Jr.  I need to stop by the cigar shop and grab 3 or 4 boxes of the biggest stogies.
Smoke fest sitting around the fire.  Who is in.  May 21 2016

OO.  Jaird Kendzior.  You should tell her that her ass is trespassing.  Just her ass.  May 21 2016

PP.  Smith Andy wesson.  You need to bang her really good.  May 21 2016

QQ.  Joshua Thornsbery.  Please be my guest.  Id rather chop my cock off and be like jenner. Lol.  May 21
2016

RR.  Smith Andy Wesson.  You guys could have one huge yard for the lovechild you make.  She could videotape the shit out of it.  May 21 2016

SS.  Trisha Whitehead.  That bitch actin like she needs dick in her life.  Smh.  May 21 2016

TT. Rebecca Schaffer.  I think she wants you.  May 21 2016

UU.  Jake Brown.  I told him to give her the dick.  May 21 2016

VV.  Shawn Head. Bitch wont even walk in your yard.  I say we throw a raging biker party. May 21 2016.  Admits I never trespass onto Thornsbery property.

WW.  Jason Ortman.  Whens the first party I wanna be part of pissing her off and id like to bring my band with me.  February 22 2016

XX.  Joshua Tbornsbery.  She is single, fat hideous and oh complete freak with her dogs.  I think she has a garage full of peanut butter.  February 22, 2016.

YY.  Rebecca Schaffer.  You and David Trussel could always work on the bikes.  Lots of revving.  February 22 2016

ZZ. Jason Ortman.  Poor things vaginas dried up.  February 22 2016

AAA. Joshua Thornsbery.  Just be prepared with all this wood theres going to be plenty of weekend bonfires.  February 22 2016

BBB Jason Ortman.  She wants a piece of your cottonwood. February 22 2016

CCC.  Sarah Lance.  I keep hoping her lawn got spray painted or she got evicted or arrested.  June 9 2016

DDD.  Jason ortman.  Volunteers to come over and piss on my camera.  May 20 2016

EEE. Joshua admits the trees he cut down were partway on my property. He admits my fence which is a foot onto my property goes down the line where the trees were. May 18 2016

FFF. Jimmie Iron Cloud . Haha i feel sorry for that bitch. Sounds like its time for a biker party at your place. Lol. February 12, 2016

GGG. Frank Chlad. Well a nice biker party sounds good at ur place this summer lol. February 12 2016

HHH. Jeri Lynn Attebury. Just have Mike Bennett come and hook his 2.4-12s and jam a little. February 12, 2016

III. Mouth McCoy. Burnout contest in the driveway. Februaryb12, 2016

JJJ. Joshua. Well a biker party is going to happen for sure. Might have to have Fracture play a house party!!! February 12, 2016

KKK. Jason Ortman. And a nosey neighbor to piss off. But there will be plenty of other ways to handle that. Mwahahahaha

LLL. Tony Mcmurdo. Hell yeah time to put that bitch in her place and sue her and make her pay after everything shes cost you. Oh and I know some HA guys if u want to have a nice party night. Haha. Really give her something to talk about. September 21 2016

MMM. Marty Kendzior. Want me to visit Jaird and help you with your little problem. Nobody knows me around there. You just make sure your at work. 100 mice down her dryer vent. crickets next. Radio down the chimney. That would be a great start. Off to the crazy house for the bitch.

NNN. Tony McMurdo. Looks like she will definitely be regretting her decision to piss you off. I know the dog warden David Mcintyre i went to school with him and his sisters. Ill try sending him a message and see what he says. February 13 2016

OOO.  Jeff Murray.  Tell us how you really feel brother.  Blow the place up.  With pics of bombs.

February  12 , 2016

PPP.  Jason Ortman.  I will bring over 1000 watts of full stack bass and give her another reason to bitch.

February 12, 2016

QQQ.  Joshua and Mike Szabo make fun of my scooter, oxygen and mask, all of which are prescribed by

my physicians.  September 21 2016

RRR.  The neighbor part 3.  When I asked Joshua to get his friends to quit smoking, he responds, I

laughed in her face and said your a fucking cunt and psycho and you can go fuck yourself.  Walked back

in my yard and told everyone to light up.  Hope you all are enjoying this.  To be continued.   March 8

2016

SSS.  Jason Ortman.  1000 watts of now you have a reason to bitch.  Bass solo.  Take 1.  March 8, 2016

TTT.  Joe Homan.  Spray paint the cameras.  Come from around the side so you arent videotaped.  March

8, 2016

UUU.  Sebastian Dzialuk.  Tells Joshua to buy signal jammers March 8 2016 which netgear and Time

Warner both believe that Joshua is using signal jammers as I have had issues with signal dropping for

over a year to both my wireless cameras, internet, tv, phone, etc.   Time warner strongly believes as

well as netgear that Joshua is using a signal jammer.  A police report has been made to this effect.

Streetsboro has done nothing in regards to this federal crime.

VVV.  Trisha Hawkins.  Tells Joshua to put up boards so I fall when I weed trim my fenceline.  I did and

suffered hernaited disks in my cervical and thoracic spines.

WWW.  In multiple posts, Joshua not only admits the trees were on my property but he also admits that he is aware his actions cause me to fear for my safety.

XXX.  Frank Chlad.  Lets make that bitch hate the fact she moved next door.  February 12, 2016

YYY.  Rusty Schoenbachler.  Let us all with loud bikes come over at nite and see if she calls the cops. February 12, 2016

ZZZ.  David Trussel.  I can always make my 3 am appearance on the bike anytime my brother.  February 12, 2016

AAAA.  David Trusel.  Use some bright ass led flood lights off of the garage to blind her vision.  February 12, 2016

BBBB. Josh posted a picture of a cemetery.  Marty kendzior said its a wish for Plaintiff

CCCC.  Mike Szabo.  Well Josh all this talk about your neighbor and I couldnt resist went over last night and pissed on her fence.  Hope that is on cammera.  josh replied.  Haha. I know nothing and seen nothing.  Lalalalala.  Rose ewell bencie replied.  LMAO

DDDD.  Cindy Simcox states a coroners van will be my last ride.  July 6 2016

EEEE.  Robert DiNatale.  I think your neighbor wants you to bone her.  She wont stop till you do.  Take for a ride on the chopper.  Lmao.  Josh replied id rather get prison raped.  Brian fredmonsky replied maybe he did and her antics ensued afterwards.  Nissa beth.  Please please dont give her dick.  . Jaird kendzior.  Maybe she thinks if she cant have you, no one will.

FFFF.  Joshua Thornsbery posts the police are making fun of Plaintiff.  Shit getting done son.  Finally the yard  is getting done and whats funny is i know the neighbor is all pissy and cant do shit.  Plus when a worker takes a load away and a cop just patrolling the area stop by and ask his worker.  Are you working

where i think youre working. The worker replies. Yeah if your talking about the same place i am. The

cops laugh and says you must be And good luck and have fun and ill probably see you later. Bahahahaha.

Joshua also talks about this in a latter body camera video dated. The officers in the body cam laugh.

June 29 2016

GGGG. Darrel Huber. I can take care of the crazy wench for a small fee. Picture of a man in a military

uniform in the water with a knife in his mouth. Plaintiff made a police report. The police state this is a

joke. How can threatening to get rid of someone for a fee a joke?

35. Newspaper articles which are significant and support Plaintiffs claims include but are not limited to:

A.. Dr Joe Gadd Ravenna upset First Energy cut down trees on his property. Said trees were his source

of shade, helped block sunlight for his roommate with medical problems, and he lost a deal on his house

due to removal of the trees. Record courier article entitled "Homeowner mourning loss of trees" by

Diane Smith. March 26, 2017. Plaintiff has no shade trees on Joshuas side of her property. These loss

of trees have devalued Plaintiffs property besides causing in excess of 12,000.00 in damages.

B. Plaintiff and other people have been blocked by City of Streetsboro violating First Amendment

because Mayor Broska does not like what they or Plaintiff have said. Record courier article titled "

Mayors Facebook block causes stir, policy request" by Bob Gaetjens. July 16, 2017

C. All Defendants have told Plaintiff they cannot use facebook or residential cameras to charge

someone with a crime. It has to be visually witnessed before charges can be persued. However, a

record courier article directly goes against this. Entitled " Facebook as a crime fighting tool" by Tim

Troglen December 3 2017 where Patricia Wain called social media an unprecedented asset in assisting

the police.  Patricia Wain is just one of many of the defendants who have told Plaintiff facebook cannot be used.

D.  Thornsbery was told on March 14 2016 Plaintiffs cameras were legal via city of streetsboro service meeting and  a newspaper article entitled " videotaping neighbors outside not illegal, Streetsboro police chief says" by Mike Lesko..  This article was in the gateway news on April 3, 2016.   Defendants still harass Plaintiff about her legally placed cameras as late as filing of this lawsuit.  Plaintiffs cameras were placed due to Thornsbery and his friends trespassing, dmaaging Plaintiffs property and verbally abusing Plaintiff even with threats.

36.  All of the above named defendants have not only allowed illegal fires to occur since January 26, 2016 at the property of Joshua Thornsbery but have encouraged them.  These fires are illegal in size, materials burned, Use of gas to ignite and maintain the fires causing massive explosions, time burned, and they are unattended for large portions of time.  The same fires that Defendants  have ignored and even harassed Plaintiff over for calling non emergency fire department number, have been deemed illegal by the state of ohio because of size of fire and materials burned.  Mr Thornsbery has burned clothing, cardboard, paper, plastic, leaves, etc knowing all of this material is illegal.  He still continues to do so and The above named defendants have allowed him even after Joshua admits he is burning cardboard and construction materials.  Akron Regional Air Quality Management District have deemed these fires illegal.  Mr Thornsbery has testified in court to what a legal fire consists of.  Mr Thornsbery continues to have illegal fires and the above named Defendants allow this to occur.  Thornsbery and the above named Defendants all know Plaintiff is being caused injury to her heart and lungs due to these illegal fires and still allow them to occur.  Plaintiff has written numerous emails and certified letters to above named Defendants the effects these illegal fires are causing Plaintiff  and have also verbally told

them.on body camera and in person and via phone calls which were taped by Plaintiff and yet they still allow them to continue.  During this illegal fires, Thornsbery and his friends have thrown objects into Plaintiffs yard which include plastic, burned wood, broken beer bottles, her no smoking oxygen in use signs, etc. These fires have also caused 2500.00 worth of damage to Plaintiffs brand new fence.  These fires have caught a portion of the fence on fire and have warped the entire side of which faces Mr Thornsbery property.

These fires are so massive and so dangerous, they put multiple houses and peoples lives at risk.  The embers go as high as the treetops over 50 feet high.  These fires explode with gas over and over again.  Not only is Plaintiff and her property in danger, so is everybody else in the neighborhood.  These fires are not allowed anywhere in the State of Ohio.

Thornsbery and his friends also brag online about these fires of which all defendants are aware and have received copies of the social media posts.  Included but not limited are the following where it is obvious these illegal fires are being done to harm Plaintiff.

A.  Jeremy Stump DiGiammarino. Only Josh can prevent wildfires.  Dammit Josh you had one job.  June 3, 2016

B.  Curt Wanyek and connor Zanoskar post massive illegal fires they have had in streetsboro also.

C.  Plaintiff also has video of her other neighbor Dan Dewitt having an illegal fire

D.  Brody Singleton Burn out competition at Joshs house and after bring leaves and shrubs to burn in the yard and please bring fumed up Diesel pickups.  March 8 2016

E.  Jason Ortman.  Josh has plenty of wood and brush to burn. Lmao.  Shes not gonna be happy. May 21 2016

F . Frank Chlad. Smoking party. Lets burn some wet leaves. May 21 2016

G.Joshua Thornsbery. Just be prepared with all this wood theres going to be plenty of weekend bonfires. February 22 2016

37. Plaintiff has had multiple physicians write letters in her behalf in regards to not only harm Thronsbery and his friends cause Plaintiff, but also the harm the above named defendants have caused Plaintiff by allowing this illegal malicious behavior to continue since Jan 26 2016. One such physician is Barbara Buchanan who states Plaintiff has Post traumatic stress disorder as a direct result of Thornsbery, his friends and the above named defendants..

38. Even when shown pictures of Thornsbery and his friends trespassing and visually seeing Thornsbery and his friends trespass, All defendants except fire department have allowed it to continue.

39. Thornsbery admits in multiple posts my cameras are legal and yet the Streetsboro Police continue to harass me in regards to my cameras. There was even a newspaper article and a city council meeting where the city tells Thornsbery they are legal in April 2016. All defendants except fire department still continue to harass Plaintiff about having cameras which have been legally installed since February 2016.

A. All on her property and as long as its not shooting into my windows its legal. May 20 2016

B. Joshua admits my fence camera points down my fenceline to make sure he doesnt mess with my fence or bricks. May 20 2016

C. Its all legal. She can put a 80 foot pole up with the camera pointing straight down on my property if she wanted to. Law states as long as its not pointing into any window of my house then its all good. May 20 2016

D.  Neighbor alert.  So since i put that board up so she couldnt see into my yard which she swore she couldnt see with that camera.  I come home to this.  Looks like im going to have to move the board.  Picture clearly shows camera pointing down fenceline and not at joshuas house or windows.  Plaintiff moved the camera because the board was blocking the signal and netgear advised Plaintiff to move the camera so it will work again.  August 22 2016

E.  City of Streetsboro service committee meeting minutes March 14 2016, clearly shows Joshua was told my cameras are legal.

F.  Body camera August 20 2016, joshua admits my cameras are legal.

G.  In July 2017, Thornsbery installed 2 security cameras.  One which points over Plainitffs privacy fence into her backyard and one which points directly across Plaintiffs front yard.

40. Multiple places where Glenn Broska and Jeff Allen are obvious friends with Joshua Thornsbery and his friends harassing Plaintiff. Even on body camera footage, it is obvious Joshua is friends with the police and also Joshua mentions his friendship with Chris Fredmonsky and Kevin Grimm allowing him to have illegal fires which are causing Plaintiff harm.

A.  Glenn Broska and Mike Szabo talk about Football and Cleveland Browns

B.  Jeff Allen.  Good for you.  Shes profiling in regards to Joshuas alcohol celebration post full of defamatory lies including but not limited to Joshua admitting I am afraid of him but says its because he rides a motorcycle.  September 21 2016

C.  Jeff Allen.  Calls me a freak.  May 29 2016

D.  Jeff Allen.  In regards to Joshua stating his attorney told him to stop doing things to me.  Dont put anything on hold.  Live your life.  May 21 2016

E. Jeff Allen.  Please put a fence on your side and let her try to squeeze through that.  May 21 2016

F. Joshua wishes Jeff Allen a Happy birthday

G. Shelley Ortman wishes Jeff Allen a Happy Birthday

41.  Majority of people harassing Plaintiff have criminal histories many with assault, domestic violence, drug use, et and they talk online about drug use.  They even accuse Plaintiff of drug use.  They also own weapons which is illegal in ohio if you are a drug user and on psych medicines.  Including but not limited are some of the following examples:

A.   Eric Siwierka.  This chick (Plaintiff) needs to get laid real bad or stoned out of her mind.  March 8, 2016

B. Joshua Thornsbery.  Bahahah.  I prefer High as Fuck Call of Duty.  I see shit that I may not normally see.  December 16 2016

C. Danielle Batone.  The only problem with that is I cant concentrate in PVP online because everyones going insane on the screen.  December 16 2016

D. Katie Copeland.  It will be like the old days.  When the party didnt stop till people passed out on the benches or there was property damage.

E. Smith Andy Wesson.  Join the club.  My neighbor gave up totally.  Not a peep anymore.  February 12, 2016

F. Septmeber 24 2017 body camera Joshua tells police he is armed inside with a pistol when he calls because someone is moving his cameras.  It turned out to be an animal as per police report.  On June 4 2017, Joshua told police he is on 2 different psych medicines.  Joshua has multiple posts where he brags about drug use, getting high and seeing stuff that does now t exist and posts pictures of himself passed

out in public.  Joshua has police reports dating back to 2000 with punching holes in his mothers walls, throwing a woman to the ground, kicking out his door, all of which show he is not only verbally abusive but physically as well.  Joshua should not be allowed to own a deadly weapon.

G.  Marty Kendzior.  I get high with a little help from my friends.  Stoners live and stoners die but in the end we all get high.  So if in life you dont succeed, fuck this shit and smoke some weed.

H.  Joshua posts a picture of christmas inflatables looks like a nice shooting gallery.

I.  Joshua posts he has plenty of guns he would like to get out and play with

J.  Joshua posts he will drive if Mike Szabo keeps the candy coming haha

K.  Jason Ortman posts his whole body went numb and he feels like he is one with the universe.  Debbie Snider Hafemeister told Jason he should have went to joshuas as joshua feels like that every day

L.  Mike Szabo posts pictures of guns

M. Jaird Kendzior posts some people are like slinkies.  Not really good for much, but bring a smile to your face when pushed down the stairs.

N.  Marty Kendzior posts pictures of guns

O.  Lisa Greathouse posts if someone is playing christmas music in october, you are legally allowed to kill them and use their corpse for a halloween decoration.

P. Kevin Hearns post im not feeling violent, im feeling creative with weapons.

Q.  Cjay coker posts i know what im going to be for halloween.  Stoned

R.  Rebecca Schaffer posts.  Im starting to really like the smell of cocaine.  When rebecca schaffer was arrested in the past, she tested positive for multiple substances including but not limited to, cocaine. August 5 2016

S.  Jaird kendzior posts a walk in the woods helps me relax and release tension.  The fact that I am dragging a body should be entirely irrelevant. July 5, 2016

T.  Joshua posts.  As i sit here reflecting on my life, i have noticed that everything that i am involved in whether its physically, mentally or emotionally, all falls apart.  Like as if i am cursed no matter what i do i find a way to fuck it up.  Dont get me wrong i have had a good life.  Many are far far worse off or have had worse lives than me.  But looking back i can honestly say i have had very very few things in my life last.  Sooner or later it all does fall apart.  One would think that somehow, somewhere this vicious cycle would stop, but damn i really dont feel as if i can take anymore.  I may look happy and bubbly on the outside but deep inside i hide alot of pain and darkness.   Joshua talks alot about his mental state, is on 2 psychiatric medicines, abuses illegal drugs and alcohol, passes out in public and still is allowed to own weapons.  August 21, 2016

U.  Chris Calhoun posts so what if jesus turned water into wine.  I turned a whole student loan into cocaine once.  Your move jesus.

V.  Jason Ortman.  Repost this if you know someone is alive simply because you dont want to go to jail. Lol

W.  Jeremy stump Digiammarino posts he knows 5 people he was close to  who have died of drug overdoses

X. Sarah Fast someone slipped a hit of LSD into my dinner.  Right? Right?  Justin Ring responds, just a flashback sarah, drink some orange juice and youll be okay.  Justin ring is City of Streetsboro Board of zoning and Building appeals ward 4 representative

Y. Joshua posts he is looking to take a concealed carry weapon class.  Cary conklin responds" you with a gun. Shit just got real.  Real scary. February 22, 2013

Z. Jill Earle posts pictures of herself with an open beer can behind the wheel of a vehicle.

AA. Shelly Ortman posts.  My husband. Jason Ortman is a freak.  We take dogs for a walk around the neighborhood and my hubby has his gun in case a clown attacks him.  Lmao


42. June 4, 2017 body camera

I was videotaping joshuas firepit as he had another illegal fire burning leaves.  Officers tell josh i could sue them if they come talk to me.  Officers tell josh to document everything so they can charge me with a crime.  Officers tell josh it appears i have mental illness multiple times on this body cam footage. Officers laugh with josh about me.  Officers tell josh they are going to see if they can charge me with invasion of provacy for videotaping joshuas firepit because his shed has a window in it.  Officers tell joshua there is people in streetsboro who have their cameras purposefully pointing at somebody elses house and it is completely legal and yet harass me in prior body cams because mine see a portion of joshuas yard.  Officers tell joshua it is illegal for me to videotape him in his yard.  This is not true.  When youbare outside, you have ZERO expectation of privacy.  Anyway, i was taping Joshuas firepit. Joshua was not outside and in fact I did not even know he was home.  Officers told joshua to have a go fund me account to pay his attorneys.  Officers laugh when joshua told him i say he is a drug addict.  Joshua and his friends are the ones who talk about drug usage on social media.  Joshua tells police he called police

to build a case against me. Joshua says his attorneys told him to continue to call the police on me. Joshua admits on this body camera he is not afraid of me. He just continues to call the police to harass me. Joshua told police he does not need a pry bar to break apart my fence. He can do it with his Bare hands. Josh told police hes on 2 different psychiatric medicines. Josh states he knows fire rules and yet continue to have illegal fires. Josh told officer he will email over a statement but police report clearly states he never does. Josh told many defamatory lies in this police body cam footage.

June 22 2016 body camera

I tell Officers Joshua stalks me who admit that joshua is doing things to get a "rise" out of me. I told officer i put up cameras because of Joshuas behavior. I told officers joshua is very aggressive towards me. I told officers Joshua trespasses to stick his middle finger up at my camera. I reiterate to officer I have had a stroke and other health issues. I told officer joshua has caused thousands of dollars of damage to my property. I told police they were at his property 4 times in 2014, 2 years before i moved in

43. June 30 2016 body camera

I told police josh trespassed again with property line clearly marked. I told police i have video of josh cutting down another tree which fell on my property and they laughed about it. I told police due to joshuas friends blowing smoke onto my property i now must take an inhaler 4 times a day. I reiterated they blow smoke at me with my no smoking signs oxygen in use signs in place and even while i am outside wearing oxygen. I told the police they verbally assault me. Officer told me if he cut down trees, he would damage my property also. Officers can clearly see survey flags in place. I told police they cut down trees the night before which fell on to my property int he back destroying my fence.. I told police josh had another illegal fire which burned for 42 hours and they used gas again.. I told police joshs loose

dog runs on The road. I told police i have joshua on video trespassing to stick his middle finger up at my camera

44. Body camera footage August 20 2016

Plaintiff told officers Chuck Teece who builds for City Of streetsboro never saw a fence damaged like mine. Chuck Teece installed my fence May 2016. Plaintiff told police that estimate to fix burned section of fence is 500.00 Plaintiff told police fire dept was not even down the road and Josh dumped gas on the fire. Plaintiff showed video of gas explosion to officers. When Plaintiff tried to get a picture of the gas can, Timothy Welms threatened to shoot her with a gun. When Plaintiff went to Aldis and came home, board and axe lying against fence. As this was directly in front of camera which never recorded this incident, Plaintiff suspects, Thornsbery and or a friend used the signal jammer to stop the cameras from recording. Sergeant Suvada who is supposed to meet with prosecutor on August 29 2016 to try to charge Joshua, tells Joshua about this meeting on body camera. If Suvada really had a meeting with prosecutor to charge Joshua, why would he tell Joshua? Plaintiff believes either this meeting never occurred or the meeting was for another matter. Plaintiff also believes Suvada maybhave filed a false police report. On August 29 2016, Suvada filed a police report that basically states someone from.portage job and family services sent them a fax because they were concerned about Plaintiffs mental health. Plaintiff has sent a subpoena now to City of Streetsboro who refuses to respond. Plaintiff has filed a motion to compel with the court to force Streetsboro to respond to the subpoena. Plaintiff has every right to these documents if they exist as it concerns Plaintiff. If they exist, why will Streetsboro not release them and why do they refuse to comply with a subpoena. Thornsbery on this same body camera footage tells the police Plaintiff feels unsafe and threatened as a result of his actions. Officers see fence damage and are heard on body camera laughing about the situation. Officers are

heard saying Chuck Teece, who  builds for the city of streetsboro did not put the fence together

correctly after I tell them Chuck Teece said it is obvious someone pulled the fence apart.  The police

state my cameras are facing towards Joshuas house without ever asking to see any of the videos from

the cameras.  Showed police way the bricks, which weigh 25 pounds each, are moved away from the

fence.  Police harass me about my cameras without seeing any video whatsoever obtained from them

Officers state Joshuas fires are legal.  Not true.  These are the same fires EPA ruled illegal.  Showed

officer the fence camera is clearly pointed down the fenceline, an admission even on Joshuas facebook

page.  Clear body camera footage shows officers laughing about me and the situation.  Officers admit

Joshua only complains about my cameras and nothing else.  Joshua says he would be better off if I left

him alone even though the police are there because he laid an axe against my fence.  The officer laughs.

Joshua told police he flipped me off.  Josh told police he yelled at me and said " you fucking crazy lady".

Josh admits to police he is spraying weed killer in my presence knowing it aggravates my health issues.

He does this when I am outside even when I am wearing oxygen. Josh told police I  was not home when

he has his fires.  How would Joshua know this if he is not stalking me.  Joshua admits to police his fire

burned for 72 hours when in streetsboro, it can only burn for 2 hours.  Joshua told police they were

never at his house until I moved in.  Clearly, the police can see joshua is lying as he has police reports

dating back to 2000 with his own mother and other woman.  Joshua told police the fire dept told him he

can burn cardboard and are allowing him to have illegal fires.  Officers told joshua there is more of them

than me so therefore, Plaintiff must be lying about Timothy Welms threatening to shoot her with a gun.

Joshua told officers Kevin Grimm is getting Joshua a permit so he can have a massive fire with 500

people.  Joshua and his friends discuss right in front of the officers other ways to harass me and they

ignore them .  Joshua admits to police his friends cigarette smoke enters my property and my house.

Joshua told police he has a court order against me when we were never in court yet.  Plaintiff showed

video of fire explosion to police who admit Joshua is dumping gas causing explosions but police say it is

fire departments responsibility to cite Joshua for illegal fire.  Fire department tells Plaintiff police must

cite Joshua for illegal fire.  Officer tells me there are no guns present but then admits he did not search

for guns when Timothy Welms threatened to shoot me.  Plaintiff reiterates to police she fears for her

safety based on Thornsbery and his friends actions.  Plaintiff tells police they cut down 2 trees on her

property.  Plaintiff tells police she is on disability for stroke, heart issues and neuromuscular disease.

45.  Body camera footage  August 21 2016

Police told me they have to visually see Joshua dumping gas on the fire to charge him even though I

show them videos of the explosions from the gas usage.  Susan Lloyd told police his fire went from 9 pm

to 4 am which well exceeds the 2 hour cooking fire allowed in Streetsboro.  Susan Lloyd told police fires

caused fence damage.  Susan Lloyd told police Joshua and his friends continue to trespass despite

posting of no trespassing signs  Susan Lloyd told police Thornsbery and friends cut down trees after

being told to stay off my property.  Officer Hurley told Plaintiff she has to use better judgment before

calling even though Plaintiff called non emergency fire department number because Thornsbery was

burning cardboard which Thornsbery admits to doing on body camera footage and yet the officers

continue to harass Plaintiff for over 10 minutes making it seem Plaintiff does not know fire rules when

she does and harassing Plaintiff for calling when fire was most certainly illegal.  The defendants just

refused to do anything about it. and refuse to charge Thornsbery with an illegal fire knowing he knew

the fire rules and yet on their own body camera footage it shows they are allowing Thornsbery to have

illegal fire knowing these illegal fires are causing Plaintiff not only property damage but also medical

problems.  Plaintiff reiterated to Defendants these fires are causing her harm.  In Ohio, you can only

burn seasoned wood.  Joshua also admits to drinking at these illegal fires.  Joshua admits to burning

cardboard and construction materials.  This is the same fire the EPA ruled illegal.  Josh admits in body

camera to talking shit about them with his friends.  The police told me Joshuas friends are allowed to

verbally assault me. Plaintiff also tells police that Thornsbery and his friends continue to trespass even with property line clearly marked and no trespassing signs installed. The officer tells Plaintiff they are allowed to trespass onto her property. Plaintiff tells Police Thornsberys friends blow cigarette smoke onto my property. Police said they are allowed to do so.

46. August 29, 2016 body camera

Suvada tells me joshua is allowed to post threats about me and my property and to have a facebook page dediacted to me. Suvada told me josh and his friends are allowed to trespass. I told suvada i fear for my safety because of Joshua. Suvada harasses me about having cameras. Suvada harasses me saying Buchanan does not want me to tell people he is my attorney. I never said that. At this time, kinsey Mcinturf was my attorney. Buchanan was supposed to represent me in March 2016 but had to withdraw because of a cemetery case. Returned my retainer and sent me a letter which i possess. I repeat again i fear for my safety because of thornsbery and his friends. I told suvada they post where i am that day. I told suvada they brag about using a signal jammer. I told suvada joshua and his friends continue to trespass

47. Unknown date, body camera

Josh admits to officer his dogs dirty in my yard and run loose. Officer tells josh insinuating i am a bad neighbor and possibly are optimistic about coming up with a solution even though joshua is the one who trespasses, allows his loose dogs to dirty in my yard, cut down 2 trees valued at 4000.00, harass me, verbally assault me, stalk me along with his friends and then creates an entire page full of filthy, discriminatory, vile vulgar defamatory threats about me and my property. Josh has told police on

multiple other body cams he only complains about my cameras which he admits in multiple facebook postings and body cam footage is legal.. And yet as per these officers, i am a bad neighbor.

48. Even after being given clear pictures of cars, some with tag numbers, any damage noticed, etc, defendants still allowed Thornsbery and his friends to harass Plaintiff and stalk her, stop in front of her house and videotape when she is outside and also to trespass onto Plaintiffs property to videotape her when she is inside of her house.

A. Attorney Hanna for Joshua thornsbery states at trial for case 2017 CV00390 that Mr Thornsbery and his friends are videotaping me for evidence for the civil case because as per them I am frauding my disability company and faking my disability which includes but is not limited to 2 strokes, pacemaker, svt, vtach, svc occlusion, thoracic outlet syndrome, angina, subclavian steal syndrome, pancreatitis, sjogrens, immune deficiency with ig2 and ig4 deficiency and mannose binding lectin deficiency, hemophilia, brain stem stroke, autonomic dysfunction, etc. Plaintiff has a very large and extensive medical records close to almost 1000 pages available upon request supporting her physical medical conditions and showing she does not have psychiatric problems.

49. It is obvious somebody allowed Brett mcClafferty to access my City of Streetsboro review as he commented on it and sent me private messages after the review was deleted and I was blocked by City of Streetsboro and Melissa Procop for exercising my freedom of speech. Brett McClafferty has now been in jail since September 27 2017 for unrelated theft charges not relating to my case. Brett McClafferty is also practicing law without a license by helping Joshuas friends file court motions.

50. When my friend Joanne Solak called the police and told them as my witness she wishes to make a statement, she was told she is not on the witness list and therefore they will not speak with her. Nobody ever asked Plaintiff who her witnesses were. After Joanne Solak insisted on speaking with someone, Patricia Wain told her they cannot use videos, cameras, tapes, or facebook to press charges

against anyone.  The police have to visually see a crime occuring before they can file charges.  The streetsboro Police Department posts pictures of other peoples residential cameras on their own facebook page to catch criminals.   You can clearly see the neighbors houses and the neighbors windows in the pictures.  Patricia Wain was very ignorant to Joanne Solak and told Joanne my cameras are illegal. Wain threatened to file charges against Plaintiff and Joannes husband Larry, who installed the cameras. The same ones in which Thornsbery were told were legal in March 2016 despite never being moved. This is cameras which see a tiny portion of Thornsberys yard when Defendants have on their social media pages, pictures of neighbors houses and windows from other peoples residential cameras. Plaintiff is in possession of these social media posts from Defendants.

51.  Defendants all except fire department refuse to answer a subpoena and refuse to release public records that pertain to plaintiff.

52.  Defendants all except fire department file false police reports in regards to Plaintiff.

53. Body camera and police reports do not match up

A.  June 4 2017, body camera shows officers telling joshua they will see if they can charge me with a crime.  In police report, cipriano states he told Joshua the matter is civil.  No where on the body camera does Cipriano tell Joshua this.  Joshua called police on me because I was videotaping his firepit, from my own property,  as joshua was burning leaves knowing it is illegal.   This is same body camera officers tell Thornsbery multiple times that Plaintiff is mentally ill.

B.  In police report dated November 8,2017  when Plaintiff made a police report in regards to time warner and netgear investigating whether Joshua is using a signal jammer they state my accusations are not supported by evidence.  Plaintiff has time warner on tape stating this.  Also, plaintiff has attorney hanna in transcript stating joshua and his friends are recording me for evidence of the civil case.  In fact,

attorney hanna states he is the driver of the red car who stalks me even though clear pictures of the driver were shown in court and it clearly is not attorney hanna.  Some of the other ones Plaintiff has caught are Dan Kegg and the Kendalls from Murial Drive, both of which have their facebook pages filled with Joshuas friends who are harassing me.  It is obvious these cars recording Plaintiff are friends with Joshua Thornsbery.

Joanne solak was even at station and confirmed some of these incidents to the police. They still do absolutely nothing.  Joanne Solak has already been in the car with Plaintiff when they have tried to run Plaintiff off the road, one day almost causing a massive collision on 14 in front of Giant Eagle in Streetsboro.  This is why Thornsbery is upset that Plaintiffs camera whose purpose is to see Plaintiff front yard sees part of his driveway as the vehicles stalking Plaintiff visit Thornsbery.

54. Because of the police allowing them.to do this, they now trespass onto Plaintiffs property and videotape her even as she is inside of her own house.   In fact on January  2018, an incident occurred directly in front of officer Ryan Wolf who was in car 6.  The driver pulled into Plaintiffs driveway, videotaped, backed out and then videotaped from the road for almost a minute with the camera clearly hanging out of his window. Even though streetsboro police is fully aware this is concerning Plaintiff, officer wolf does absolutely nothing.  He stays in his car, sits on the street  and waits for the guy to get done then drives away. Plaintiff has the entire incident on tape.

55. In police report dated October 6 2016, it is clear the police know Joshua is lying.  The defendants continue to allow him to lie.   He tries to get me arrested by telling the police he has a court order against me.  It is clearly written that they spoke with my attorney and he told the police there is no.court order.  Even after obviously seeing that Joshua is a liar, the police still do nothing and allow joshua to continue to harass me, the officers also continue to harass me and laugh at me in their own body camera footage, cut me off when i am speaking, force me to speak to them even after I tell them i would

prefer for them to contact my attorney then on june 4 2017, multiple times the officers tell joshua i have mental illness.

56. There is police reports concerning joshuas violent tendencies dating back to 2000. On december 27 2000, joshuas mother wanted him kicked out of the house for good. Joshua punched holes in his mothers walls. They were arguing over a gun collection. Now joshua posts in 2013 he is trying to get a concealed weapons permit but is trying to obtain weapons as early as 2000 from his own mother.

On december 29 2013, joshua and joseph wallace found an abandoned handgun in a bank parking lot and fired a round from it.

On may 9 2014, joshua had a physical altercation with amy gifford. Joshua left the house and went to work. Joshua admitted to swinging amy to the ground because she blocked his way and broke his phone

On may 31, 2014, joshua had a verbal altercation with amy gifford.

On december 3, 2014, joshua walked up to amy gifford, grabbed her shoulders and upper arms and threw her to the ground. Then he kicked out the metal bottom of the storm door to the patio and hid it in his garage before the police came. The part of the door was missing. Joshua denied the incident. Joshua left for the night.

57. On april 13, 2016, plaintiff filed a police report in regards to darrel huber posting he will get rid of Plaintiff for a fee.

On april 15,2016, police report clearly shows that the police were aware the stumps were on my property and yet allowed joshua to dig them out and cause further damage to my property. The property line was clearly marked at the time

On june 23, 2016, plaintiff told police she fears for her safety as thornsbery continues to stalk her

On august 5, 2016, dropped off multiple flash drives, pictures, etc for police to review showing clear criminal activity by joshua and his friends.

On august 19 2016, plaintiff calls police as timothy welms threatened to shoot plaintiff with a gun. Plaintiff found out his identity at a later date.  Report states i told them joshua threatened to shoot me. Not true.  Body camera clearly does not line up with police report.  I showed officers video of fire explosion.   The officers stated since they denied it and i had no witnesses, there was nothing they could do.

On august 20, 2016, plaintiff called police because joshua had plywood and an axe leaning against her fence.  At first dispatcher refused to send an officer stating this is not a police matter even though its trespassing which is a criminal matter.  On the second call, officers come out and never mention any axe in the report even though they clearly saw it leaning against the plywood.  Report clearly states fence camera points down fenceline.  This is same camera officers continue to harass Plaintiff about.  In fact, officers harass Plaintiff on a continous basis in.regards to all of her cameras.  Plaintiff has clear pictures of pry marks that offcers refused to mention in this report of the fence damage.

August 20 2016 police report is all wrong.   It was Phillip siwierka who was clearly trespassing.  There is no jeff and yet jeff is mentioned in the report.

58.  Police and fire dept both came out in august 19 and august 20 2016 for illegal fires.  They both insisted that joshuas fires were legal.  So Plaintiff called epa and spoke with Debbie Wallen who came out and agreed these same fires were illegal.

On august 29 2016, suvada writes the police received a fax from portage job and family services in regards to plaintiffs mental health.  This is the documents that Defendants  refuses to release even after receiving a subpoena from plaintiff

On august 29, 2016,  plaintiff sends a certified letter to both police and prosecutors office letting them know if anything else happens to plaintiff, her property, or her dogs she is holding them liable.  Plaintiff also mentions she is in fear of her safety due to thornsbery and his gang.

On october 6 2016,plaintiff reported to the police several criminal incidents such as verbal assault, illegal fires and more tree cutting which damaged plaintiffs fencing.  Plaintiff also speaks about trying to sell her house because of joshua and his friends, her health issues being caused by joshua and his friends, etc.  All of which are completely ignored.

59.  It is obvious by all of the above statements that All Defendants since January 26 2016 have continously not only ignored ongoing violations of Streetsboro ordinances but also Ohio laws by Thornsbery and multiple of his friends. They have allowed Thornsberys 2 dogs to continously enter Plaintiffs property, chasing Plaintiff and her 2 service dogs and allowed the same dogs to run at large on the road.  Not only have they allowed Thornsbery and his friends to trespass continously onto Plaintiffs property even with flags and property line clearly marked, they have allowed destruction of Plaintiffs timber which is a serious misdemeanor crime in Ohio causing Plaintiff in excess of 12,000.00 of damages, have allowed other trees to be cut down which fell onto Plaintiffs property causing in excess of 500.00 of damage, have allowed illegal fires causing Plaintiff not only fence damage in excess of 2500.00 but also injuries to Plaintiffs health knowing these fires are injuring Plaintiff.  They have also allowed Thornsbery friends to blow cigarette smoke directly onto Plaintiffs property and directly.in front of Plaintiffs no smoking oxygen in use signs and even while Plaintiff was wearing oxygen.  Then they have allowed Thornsbery and over 300 of his friends including Jeff Allen to write malicious, defamatory, vile, vulgar, harassing, sexual comments including but not limited to other threats to damage Plaintiffs property but also threats to kill Plaintiff.  The Plaintiff has multiple taped conversations with all defendants trying to work out these problems so Plaintiff can live in peace.  Plaintiff has also sent

multiple emails and certified letters to all Defendants, all of which have been ignored. All efforts have

failed and Defendants all have accused Plaintiff of being one causing trouble when Plaintiff has never

been on Thornsbery property, never even really spoke with Defendant except for briefly on 2 occassions

listed above and never threatened Thornsbery or his friends nor has Plaintiff ever had any of her friends

write comments about Thornsbery or any of the other people harassing Plaintiff. Plaintiff has never

spoke to Thornsberys friends and none of the people commenting about Plaintiff have ever met her

including Jeff Allen. They listen to the defamatory lies Thornsbery tells and then continue to harass and

threaten Plaintiff. The defendants continue to lie to Plaintiff. The Defendants continue to tell Plaintiff

facebook nor residential cameras cannot be used to charge someone with a crime and cannot be used in

court. The defendants continue to tell Plaintiff they must witness a violation of the law with their own

two eyes before they do anything about it. It is obvious, if this was the case, nobody would ever be

charged with any crime. In fact, Defendants post pictures of other crimes on their facebook page to

catch the criminals and yet tells Plaintiff they cannot use residential cameras or facebook. Defendants

know Thornsbery and his friends abuse drugs, drink alcohol to excess and take psychiatric medicines and

yet continue to allow them to own deadly firearms. All defendants except fire department continue to

harass Plaintiff in regards to security cameras which were placed in accordance with Ohio law due to

Thornsbery violent behavior towards Plaintiff. Then to make matters worse, defendants defame

Plaintiff and tell Thornsbery that Plaintiff has mental isues when they have no knowledge to that fact.

Defendants refuse to release public records which concern Plaintiff even after being given a subpoena.

The defendants even as late as of the filing of this lawsuit allow Thornsbery and his friends to continue

to harass Plaintiff, trespass onto her property, videotape Plaintiff every time she is outside and even

while she is inside of her house. Even when they actually witnessed criminal activity with their own two

eyes,all defendants ignore it. This is done because they are friends with Thornbery and his friends and

they protect Thornsbery and his friends. Even after being made aware that Thornsbery is lying to them,

all Defendants continue to allow these lies to occur.  Plaintiff even has recordings and body camera

footage where Defendants are laughing about Plaintiff and the situation.  Dispatcher Hayley Otto is on

tape laughing because Plaintiff called because Thornsbery friend was in her driveway using a signal

jammer at 1130 pm.  Thornsbery is clearly on tape stating Kevin Grimm and Chris Fredmonsky is giving

him permission to have illegal fires.  Thornsbery even testified during 2017 CV00390 in regards to this

fact.

60.  Streetsboro Police have on their website they have accountability, courtesy, integrity,

professionalism.  They have failed in all 4.  Streetsboro Police mission is to protect life and property,

ensuring safety, and engaging with our community to produce positive community relations and to solve

problems.  Streetsboro police have failed with their mission.

61.  Streetsboro fire departments mission is to protect life and property.  They have failed.

62.  Plaintiff had a right since January 26, 2016 to live in her house and enjoy her property free of harm.

Plaintiff had a right to be able to breathe when she is inside and outside of her own house.  Plaintiff has

a right to expect quiet enjoyment of her property and to live at peace.  Plaintiff has a right to not allow

people to trespass onto property she owns.  Plaintiff has a right to enjoy trees that are on her property.

It is simple.   Plaintiff was merely asking Thornsbery to not trespass or allow his friends or dogs to

trespass, not to damage Plaintiffs property and not to have illegal fires and cigarette smoke enter

Plaintiffs property which cause her harm.  When Plaintiff was verbally threatened and assaulted by

Thornsbery when Plaintiff asked these requests, she then turned to the above named Defendants for

assistance.  Instead of the above named Defendants enforcing their own ordinances and laws, instead

they harass, abuse and defame Plaintiff even further and join into Thornsberys cause against Plaintiff.

This is not what should have happened.  If Defendants stopped Thornsberys abuse and trespassing when

it began in January 2016, none of the above would have happened.  Instead, for almost two years now,

the above named Defendants have harassed, lied, defamed and injured Plaintiff maliciously all because

they are either friends with Thornsbery or one of his other friends or they just decided they were not

going to enforce their own laws.  As a direct result of all the above named Defendants, Plaintiff has not

enjoyed a single day in her house.  Instead of Plaintiff moving into a peaceful place as she thought it was

going to be, she moved in next to people who abuse drugs, brag about their abuse of drugs, abuse not

only Plaintiff but have a long history of abuse towards other people.  This is all because the above

named Defendants have allowed it to.occur for 20 years.  They have created this end result of somebody

moving out of their community because of their own actions.  They have created the end result of

Plaintiff fearing for her life because they not only sit around and do nothing, they have actually joined in

to injure Plaintiff even more.  Instead Plaintiff has been maliciously injured by Defendants with no

regards whatsoever to her safety, to her health, to her property or to her life by any of the above named

Defendants.  Plaintiff is positive if given the chance based on Thornsbery and his friends  past with other

people, their ongoing drug abuse, their history of abusing Plaintiff and their vile and vulgar threats

towards Plaintiff, along with their possession of multiple firearms which they brag about how much they

love to shoot them, there is no doubt in Plaintiffs mind nor should there be any doubt in this courts

mind,  Thornsbery and his friends  would kill Plaintiff if given a chance.

.                              CLAIM 1

FIRST, ,FiFTH, EIGHTH, NINTH, Fourteenth AND OTHER VIOLATIONS UNDER 42 USC1983 AGAINST

DEFENDANTS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

63.  Plainitff incorporates all previous allegations.

When Plaintiff went to post a review on City of Streetsboro facebook page , she was blocked and her review was deleted.  Plaintiff was posting some of Thornsbery and his friends facebook posts to show what Defendants have ignored since January 26 2016.  Since this review does not defame or threaten anybody, this is a violation of Plaintiffs first and fourteenth amendment of freedom of speech.  There was an article in the record courier where Defendants have  done this to multiple people in the past because they do not like what you post.

64.  When officers come to plaintiffs door, they have forced plaintiff to speak with them even after plaintiff tells the officers they need to speak with her attorney.  This is in direct violation of plaintiffs  5th amendment rights.  When plaintiff does speak, officers have cut her off, rudely interrupt her, etc.  It is apparent on multiple body camera footage, they do not even listen to what she has to say.  They are also heard blatantly ignoring crimes, even after visually seeing them or watching clear video of them.  They even admit on body camera footage that Thornsbery is trying to get a rise out of Plaintiff and their ongoing banter amongst themselves in regards to Plaintiff is causing problems.

65.  On body camera footage, Thornsbery admits to his loose dogs dirtying in Plaintiffs yard, he admits to him and his friends trespassing, he admits to the trees being on my property, he admits to the stumps being on my property, he goes and takes away the axe himself and puts the board back up admitting it was his, he admits to being able to break apart my fence with his bare hands, he admits to burning cardboard and construction materials amongst many other criminal acts and yet Defendants still do absolutely nothing.  Instead Defendants harass Plaintiff for having legally placed cameras and defame Palintiff and accuse Plaintiff of harassing Thornsbery amongst many other false accusations.

66.  All of the above named defendants have all shown a hostile and continous pattern of abuse towards plaintiff ignoring and violating plaintiffs civil rights.  This has been ongoing since january 26, 2016. This has caused Plaintiff new and aggravated health issues as a direct result including but not

limited to aggravated heart and lung issues, new onset stroke.in November 2016, new onset Pulmonary Hypertension from the illegal fires and Thornsberys friends maliciously blowing cigarette smoke onto Plaintiffs property and new onset PTSD.

Multiple hired employees and elected officials of city of streetsboro have told defamatory statements about plaintiff to third parties such as jeff allen calling plaintiff a freak, officer cipriano and officer unknown on june 4 2017 telling joshua thornsbery that plaintifff is suffering from mental illness.

67. .  As a direct and proximate result of defendants conduct, Susan lloyd has suffered and will continue to suffer damages for which Defendants are liable including but not limited to pain and suffering, loss of reputation, economic damages, increased medical problems due to stress caused by defendants, loss of house in which Plaintiff is trying to sell and abandoning it to live with a friend in a few weeks until it sells, loss of independence as Plaintiff who.is quite capable of living on her own now must burden a friend.

68.  The defendants acts were willful, egregious, malicious and worthy of substantial  sanction to punish and otherwise deter defendants and others from engaging in this type of unlawful conduct.

CLAIM 2

AMERICANS WITH DISABILITIES ACT TITLE II AND TITLE III

ADA 42 USC 12101 SECTION 504 OF REHABILITATION ACT OF 1973 as amended 29 USC 794

69.  Plaintiff is a protected class as a disabled citizen since September 27 2006 due to multiple strokes, heart issues, pacemaker, svt, vtach, sjogrens disease, hemophilia c, immune deficiency, hypoglycemia, POTS, autonomic dysfunction, syncope among many other physical medical problems.  Plaintiffs service dogs are trained to detect when Plaintiff passes out and when her sugar drops for at least the last 7

years. Her dogs go to every medical appointment, restaurants, amtrak, greyhound, etc in a gen 7 pet stroller. Plaintiffs dogs are currently permanently registered in the state of Ohio as service dogs.

Defendants have discriminated against Plaintiff by after plaintiff repeatedly tells all defendants she suffers from above medical conditions, defendants treat plaintiff as if she has mental illness instead. Plaintiff is treated differently by defendants based on her disability.

70. As a direct and proximate result of defendants conduct, Susan lloyd has suffered and will continue to suffer damages for which Defendants are liable including but not limited to pain and suffering, loss of reputation, economic damages, increased medical problems due to stress caused by defendants, loss of house in which Plaintiff is trying to sell and abandoning it to live with a friend in a few weeks until it sells, loss of independence as Plaintiff who.is quite capable of living on her own now must burden a friend.

71. The defendants acts wre willful, egregious, malicious and worthy of substantial sanction to punish and otherwise deter defendants and others from engaging in this type of unlawful conduct.

CLAIM 3

42 US Code 1985 AGAINST DEFENDANTS IN THEIR OFFICIAL AND INDIVIDUAL
CAPACITIES

72. Plaintiff incorporates all previous allegations.

73. By above statements, it is obvious that more than 2 people have conspired to deprive Plaintiff of her rights and privileges. It is obvious by the above statements, that the above named Defendants have conspired to violate Plaintiffs rights.

74 As a direct and proximate result of defendants conduct, Susan lloyd has suffered and will continue to suffer damages for which Defendants are liable including but not limited to pain and suffering, loss of

reputation, economic damages, increased medical problems due to stress caused by defendants, loss of house in which Plaintiff is trying to sell and abandoning it to live with a friend in a few weeks until it sells, loss of independence as Plaintiff who.is quite capable of living on her own now must burden a friend.

75.  The defendants acts were willful, egregious, malicious and worthy of substantial sanction to punish and otherwise deter defendants and others from engaging in this type of unlawful conduct.

PRAYER FOR RELIEF

For all the reasons stated above, Plaintiff respectfully requests the following relief from the court

A.  Enter judgment in Plaintiffs favor as to all claims for relief

B.  Declare Defendants violated federal law

C.  Order defendants either terminated from their positions or forced to undergo further training.

D.  Restore Plaintiffs freedom of speech to city of streetsboro facebook page and other sites

E.  Prevent defendants from further retaliation and defamation of Plaintiff

F.  Award Plaintiff full compensatory damages not limited to pain and suffering, mental anguish, emotional distress, humiliation and inconvenience that Plaintiff has suffered and will continue to suffer as a result of defendants in the future.

G.  Award Plaintiff punitive damages for defendants egregious, willful and malicious conduct

H.  Award plaintiff pre judgment and post judgment interest at the highest lawful rate

I.  Award plaintiff reasonable attorneys fees and expert witness fess along with the costs of this suit

J.  Award any other relief that plaintiff is entitled to and the court seems equitable, just or proper.

Plaintiff demands a trial by jury of all the issues in this complaint.

Susan Lloyd

9275 Dorothy Drive

Streetsboro, OH 44241