FILED
MAY 22 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SUSAN LLOYD
Plaintiff

case no 5:18CV00073

V

Judge John Adams

City of Streetsboro, Etal
Defendants

Motion to reconsider
Miscellaneous Motion

Plaintiff, Susan Lloyd files this motion for the following reasons:
It is absolutely appalling that any court especially a federal court would approve of people abusing illegal drugs such as Joshua Thornsbery and his friends, having illegal fires where they burn a lot more than brush. In fact they burn clothing and drug paraphernalia also. The only reason to burn clothing is to hide evidence from crimes you have committed. Then It is really appaling and unscrupulous that any federal judge would feel it is okay for people to trespass onto others property and damage someone else's property in excess of 12000.00 in actual damages and then maliciously and purposefully injure someone else's health knowing you are causing someone damage to their heart and lungs but doing so anyway because the police will protect you at all costs. Then for this court to state that it is acceptable for the Defendants to allow people to do all of the above along with threatening to kill somebody else and damage to more of their property is absolutely not the federal law nor has it ever been the federal law.

Then for this court to harass Plaintiff in regards to legally placed security cameras just shows how much this court is desperately trying to protect a city who has lawsuit after lawsuit filed against them. In fact Plaintiff has spoken with realtors in Pennsylvania and New Jersey and they know all about Streetsboro Ohio and how disgusting and appaling it is. Plaintiff has met people who moved out in the 90s due to the unscrupulous and illegal activity that is allowed to occur there. In fact if the Defendants would have stopped Joshua Thornsbery when he punched holes in his mothers walls in 2000 or when he threw a woman to the ground not once but twice in 2014, Plaintiff never would have been abused by the same violent monster. He even stopped working at Lordstown General Motors in 2016 and stays home all day terrorizing and stalking and threatening Plaintiff, all the while abusing illegal drugs to the point he hallucinates. The man needs serious professional mental help and for any judge, especially a federal judge to dismiss a case against the people who are put in place to protect Plaintiff is simply atrocious, Plaintiff has had many potential buyers come to her house and ask about the drug house next door and all of the other drug houses that Streetsboro allows to occur. Men who came to view Plaintiffs house did not want to buy it because they were afraid to live in the area. Plaintiff wishes she would have known before she paid 140,000 for a house next to a violent monster. This same group of violent people have abused many others prior to Plaintiff and they continue to abuse others because they are told this behavior is acceptable. When is it going to stop? Do they have to burn a body in their massive firepits before the Defendants see these people for what they truly are, violent criminals.

Then for this court to dismiss a case based off of obvious ex parts hearings with Mr Thornsbery defamatory statements about cameras watching him 24/7 when he himself admits they only see my fence and bricks is even more atrocious. Mr Thornsbery doesn't work and stays home all day taking illegal drugs, bragging online about seeing things that do not exist and hallucinating from his drug use, all the while refusing to work and admitting to the police he is on multiple psychiatric medicines and getting his friends involved in something they had no business to be involved in the first place. A simple

property line dispute and loose pit bulls turned into much more as a direct result of Thornsbery and the defendants continuously abusing Plaintiff.

Plaintiff in fact lost multiple sales on her house the minute potential buyers saw Mr Thornsbery cameras point over her six foot high privacy fence right into her backyard. Plaintiff even had to place thick plastic on her front window as Defendants have allowed Thornsbery and his other drug addicted friends brag about meth and lsd, to trespass onto Plaintiffs property and videotape her as she is inside of her own living room day after day for two years and sometimes directly in front of a uniformed Streetsboro Police officer. These criminals do whatever they want because Streetsboro allows them. They tell these criminals to harass Plaintiff. They even laugh on their own body camera footage about the situation and are right there when Thornsbery and his friends discuss other ways to harass Plaintiff.

It is completely absurd and unacceptable that this court would even entertain exparte defamatory statements made about the Plaintiff. It is obvious ex parte meetings occurred.

Plaintiff also has every right to appeal this frivolous and absurd decision that is allowing defendants to get away with behavior that has endangered Plaintiffs life and health and safety since Jan 26 2016. It is absurd that anybody would reside in Streetsboro and allow people to damage their property, threaten and abuse them.

It is obvious this court is trying desperately to protect Defendants along with Thornsbery and his drug addicted gang.

They should be in prison for what they have done to Plaintiff.

In fact, Plaintiff even has time Warner on video telling her to report Thornsbery to the FBI which she did for his illegal use of a signal jammer interfering with Plaintiffs phone and internet services. A fact that is bragged about online.

The thought that Plainitiff is following Thornsbery on Facebook is pure delusional.

Plaintiff has never even tried to befriend or message either Thornsbery or any of Thornsbery friends. In fact, Thornsbery first Attorney Troy Reeves fired him because of his obscene and vulgar posts. The minute Thornsbery was aware that Lloyd knew about his comments, he blocked his page from public view. He is proud of his behavior. He feels his actions are completely acceptable. There is no other person besides a violent criminal such as himself who would ever put up with what he does to Lloyd. Thornsbery and his friends are violent drug addict criminals. Their behavior will not stop because all defendants have allowed them to be violent criminals for over 20 years. This violence did not start when Lloyd moved in.

Lloyd is being made out to be a villain based on drug addicts defamatory statements, none of which they have any proof of. In fact, Thornsbery Facebook page contradicts all of his statements.

It is even obvious that this case was not even looked at and was determined by exparte hearings.

On January 16 2018, Lloyd filed a motion to withdraw Application to Proceed in Forma Pauperis

On January 24, 2018, Lloyd paid the 400.00 filing fee

It is obvious this case was not properly reviewed as this court does not even know Lloyd paid the fee

It is absolutely absurd how hard this court is attempting to protect these Defendants who have allowed violent behavior to continue for so long, Lloyd is abandoning her house. It will be just another foreclosure sitting empty in Streetsboro, Ohio. This is the way they like it. They have no intention to ever correct how they run their city. This is exactly why there are so many empty buildings. They allow this criminal behavior to occur. They like it this way.

Lloyd has every intention of appealing this decision. It is sick the judgment entry this court put out to allow police officers and all the rest of their defendants to sit around and not only do absolutely nothing to protect and serve Lloyd, but also contribute to the injuries Lloyd has suffered. Lloyd found out yesterday that not only did Thornsbery go and defame her to immediate neighbors, but he actually made the effort to drive around Streetsboro to houses over a mile away to defame Lloyd. Lloyd had a moving sale yesterday and multiple people asked her what as going on and why was she moving from

her house after only living there two years. Lloyd told them exactly the amount of abuse and damage that has been done to her and how Defendants have ignored death threats and everything. She even showed some of them these Facebook posts. The one is now considering moving as they do not want to live in a city where this behavior is acceptable. They were absolutely appalled and told Lloyd they remember Mr Thornsbery approaching them and trying to get them to join his crusade against Lloyd. They all told Lloyd they refused to participate and told Thornsbery they will not get involved. The ones who did get involved are the other criminals who live in Streetsboro Ohio. The one Brett McClafferty sends threatening messages to Lloyd. He was just sentenced to two years in prison for the abuse he has done to other people. That's who Joshua is and that's who his friends are. For this court to find any of this behavior by any Defendant or Thornsbery acceptable is plain sick. Lloyd has every intention for the rest of her life to let everybody know what goes on in Streetsboro Ohio. In fact Lloyd went to Johns Hopkins hospital in July 2017 and showed them these sick and twisted Facebook posts. Nobody could believe that any police officer, prosecutor etc would find it acceptable to threaten to shoot somebody, blow up their house, kill them for a fee, bone them, etc. there is something seriously wrong and corrupt for this court to find any of this behavior acceptable. It seems like it is going to take these monsters and psychopaths killing somebody before something is done. Or will that be swept under the rug too? The one just beat up his girlfriend. She posted a picture of herself with bruises all over her face and how the guy is a meth user. This is who Joshua and his friends are. Then they all told Magistrate Natasha Natalie they collect disability. There is nothing wrong with them except they are drug dealers and have severe mental issues as a direct result of years of drug abuse. Plain and simple

They even deliver drugs with a van with a postal service logo that is not the postal service. Lloyd has the postal service on tape stating this van is not a postal service van. Thornsbery even has people digging through his trash looking for drugs. He used to have him in his shed. The minute he saw Lloyd weed trimming near the shed, he moved the shed. This is why Thornsbery does not like Lloyd's cameras. He fears they may catch his illegal drug activity. Anybody who is not a friend of Thornsbery would fear for their safety. Lloyd was living in her house 10 days when Thornsbery threatened to choke her to death because she did not want his pit bull chasing her and shitting all over her yard. Thornsbery admits to his dog shitting on Lloyd's property and did not even offer to pick it up. Lloyd was forced to pick up this pit bulls waste. Thornsbery is even very violent towards his dogs. His dog was so aggressive Bill Miller would not even deliver the notice for Thornsbery refusing to cut his grass.

Plaintiff has a right and has every intention of appealing this corrupt and unbelievable judgment. City of Streetsboro needs to keep in mind that Plaintiff has enough body camera footage and Facebook posts and she has every intention of showing as many people her evidence as possible for the rest of her life. . It's absolutely horrendous that Plaintiff has to let her house go to foreclosure to get away from violent psychopathic monsters. Lloyd fears they will find where she is moving and come harm her there. They stalk and follow Lloyd and even try to run her off the road. This judge is right. Lloyd does want money and after the hell these defendants have put her through for over two years causing her to have another stroke and causing severe damage to her heart and lungs, she deserves every single penny she would get from these corrupt and unscrupulous defendants.

Thornsbery and his gang have records dating back to long before Lloyd arrived and they will just continue their criminal behaviors because they are told it is acceptable. Go throw people to the ground and injure them as much as possible. We will protect you at all costs and harass the person you hate for no reason until they abandon their house and leave. It is sick and twisted beyond words. Before this court makes a decision on somebody's else's case, they should at least read the docket and know what the case is about.

Lloyd will be appealing this decision. Lloyd is not in forma pauperis as discussed above. This just shows that Judge Adams put absolutely no time into even leaning about this case.

Sincerely, Susan Lloyd

9275 Dorothy Dr.
Streetsboro, OH
44241

Certificate of service
A true copy was sent to all attorneys via email on May 21, 2018

Susan Wood

9275 Dorothy Drive
Streetsboro, OH
44241