Motion denied as moot based upon the remand order in this matter.
/s/ John R. Adams
U.S. District Judge
3/28/19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED
JUN 20 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| Susan Lloyd, | Case No. 5:18CV00073 |
| Plaintiff | |
| V | Judge John Adams |
| City of Streetsboro, Etal | MOTION FOR JUDICIAL |
| Defendants | RECONSIDERATION |

Plaintiff, Susan Lloyd, makes this Motion for Reconsideration which is important information that shows Judge Adams erred in dismissing Lloyds case: Exhibits attached:

1. Joanne Solak letter in regards to Streetsboro Police trespassing onto Lloyds property and confiscating a package without her consent, knowledge or a warrant.

2. Record Courier article entitled " Mayors Facebook block causes stir, policy request" by Bob Gaetjens on Sunday July 16, 2017 where Streetsboro is known to violate First Amendment Rights of not only Lloyd but others also.

3. Dr Barbara Buchanan letter stating as a result of not only Thornsbery actions but also City of Streetsboro and Fire and Police Departments, Lloyd developed PTSD.

4. Thornsbery past police records of physical violence to other woman along with his own mother.

5. Thornsbery admitting to his loose dogs trespassing and dirtying onto Lloyds property along with his threat to choke Lloyd as a result of her calling the dog warden. Thornsbery also