# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 3, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
May 06, 2019
DEBORAH S. HUNT, Clerk

    Re:  Susan Lloyd
           v. City of Streetsboro, Ohio, et al.
           No. 18-1388
           (Your No. 18-3485)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 2, 2019 and placed on the docket May 3, 2019 as No. 18-1388.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst