UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Susan Lloyd, | ) | Case No.  5:18CV73 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| -vs- | ) | O R D E R |
|  | ) |  |
| City of Streetsboro | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

A Status Conference was set in this matter for October 24, 2019 at 1:30 p.m.  The Status Conference is converted into a Telephone Conference, therefore, the parties shall email the Law Clerk with their phone numbers so the Court may prepare the conference call on the designated date and time.

Only Defense Counsel and Plaintiff need to participate.

IT IS SO ORDERED.

Date: October 15, 2019     s/John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE