So ordered. The matter is dismissed in its entirety with prejudice.
/s/ John R. Adams
U.S. District Judge
February 20, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN LLOYD, | |
| Plaintiff, | CASE NO.  5:18-cv-00073 |
| vs. | |
| CITY OF STREETSBORO, et al., | JUDGE ADAMS |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(i)(A)(2), the Parties hereby notify the Court that they have compromised and settled their differences and, therefore, stipulate that the Court may enter an Order dismissing the Complaint herein with prejudice, each party to bear their own attorney's fees and court costs.

Respectfully submitted,

| PLAINTIFF | O'TOOLE, McLAUGHLIN, DOOLEY & PECORA CO., LPA. |
|---|---|
| /s/ *Susan Lloyd* | By:  /s/    *John D. Latchney* |
| Susan Lloyd | John D. Latchney (#0046539) |
|  | 5455 Detroit Road |
| *Plaintiff* | Sheffield Village, Ohio 44054 |
|  | Telephone:   (440) 930-4001 |
|  | Facsimile:   (440) 934-7208 |
|  | Email:        jlatchney@omdplaw.com |
|  | *Counsel for Defendant* |